IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOSE MANUEL QUIROA GALINDO, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15cv929 |
| | ) | |
| MCGEE LANDSCAPING, INC. and | ) | |
| ERIC B. MCGEE, | ) | |
|     Defendants. | ) | |

## JUDGMENT ORDER

Upon consideration of the January 15, 2016 Report and Recommendation of the United States Magistrate Judge, no objections having been filed, and upon an independent *de novo* review of the record,

It is hereby **ORDERED** that the Court **ADOPTS** as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the January 15, 2016 Report and Recommendation.

Accordingly, it is further **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendants McGee Landscaping, Inc. and Eric B. McGee, jointly and severally, in the total amount of $87,441.50.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to defendants, the Magistrate Judge and all counsel of record.

Alexandria, VA
February 5, 2016

/s/
T. S. Ellis, III
United States District Judge